# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 8, 2020

**Before**

DIANE S. SYKES, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

No. 19-2162

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee*, <br><br> *v.* <br><br> ROLAND PULLIAM, <br> *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 16-cr-328 <br><br> Sara L. Ellis, <br> *Judge*. |

## O R D E R

The opinion issued in this case on September 3, 2020, is hereby AMENDED as follows:

At line three of the second full paragraph on page seven of the slip opinion the word "affects" is stricken and replaced with the phrase: "does not affect".